IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CV-07-490-S-BLW |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| v. ) | **STIPULATION TO DISMISS** |
| ) | |
| BRADLEY W. GILMAN, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Stipulation to Dismiss (Docket No. 22) filed November 5, 2008, and signed by both parties in the above-entitled case,

IT IS HEREBY ORDERED that this case is DISMISSED with prejudice.

DATED: **November 6, 2008**

B. LYNN WINMILL
Chief Judge
United States District Court